**PAKFOOD PUBLIC COMPANY LIMITED, Okeanos Food Company Limited, Thai Union Frozen Products Public Co., Ltd., Thai Union Seafood Co., Ltd., Plaintiffs,**

v.

**UNITED STATES, Defendant.**

Slip Op. 17–56

Court No. 14–00230

United States Court of International Trade.

May 10, 2017

### JUDGMENT

Judge Leo M. Gordon

Before the court is the U.S. Department of Commerce's Final Results of Redetermination Pursuant to Court Remand ("Remand Results"), ECF No. 56, in this action. There being no challenge to the Remand Results, it is hereby

**ORDERED** that the Remand Results are sustained; and it is further

**ORDERED** that the subject entries enjoined in this action, see ECF No. 10 (order granting consent motion for preliminary injunction), must be liquidated in accordance with the final court decision, as provided for in Section 516A(e) of the Tariff Act of 1930, as amended, 19 U.S.C. § 1516a(e) (2012).